AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT

**FILED**

for the

OCT - 1 2013

Northern District of California

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | | |
|---|---|---|
| United States of America | ) | Case No.   4:13-mj-71207-MAG-1 |
| v. | ) | |
| Clyde M. Buckley | ) | Charging District:   USDC, Dist. of South Dakota |
| | ) | |
| *Defendant* | ) | Charging District's Case No.  CR 13-40037-01 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | U.S. District Court, District of South Dakota<br>400 S. Phillips Avenue, Ste. 119<br>Sioux Falls, SD 57104 | Courtroom No.:  Ste. 119, Hon. John E. Simko |
|---|---|---|
| | | Date and Time:  October 28, 2013  1:30 p.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:  10/1/13

_____
*Judge's signature*

**DONNA M. RYU,** United States Magistrate Judge
*Printed name and title*

cc: Copy to parties via ECF, Pretrial Service, Chamber of Mag. Judge John E. Simko,
     2 Certified copies to US Marshal